Link et ux., Appellants, *v.* Hauss.

Argued March 17, 1976. *Alfred Francis Shea*, for

appellants; *Richard C. Osterhout*, with him *Wood and Floge*, for appellee.

Decree affirmed.